Núm. 7449.—Mestres, apldo. *v.* Díaz, aplte.—C. D. Arecibo. Enero 29, 1937.

(Por la Corte, a propuesta del Juez Asociado Sr. Travieso.)

Por cuanto, el demandante apelado en el caso de autos ha solicitado que reconsideremos nuestra resolución del día 15 de diciembre de 1936 por la que se declaró sin lugar una moción interesando la desestimación del recurso de apelación interpuesto;

Por cuanto, examinado el récord sometido en este caso resulta que las dos únicas cuestiones que podrían levantarse en esta apelación serían, primero, el haberse negado la corte sentenciadora a conceder al demandado apelante $300 solicitados en la contrademanda por honorarios en el pleito sobre ejecución de hipoteca, el que fué declarado nulo por sentencia de esta Corte Suprema; y segundo, el haberle condenado a pagar la mitad de las costas y $100 para honorarios en el pleito de nulidad.

Por cuanto, en relación con la primera de dichas cuestiones, se resolvió en *Pontón* v. *Sucrs. Huertas González*, 46 D.P.R. 789, que declarada la nulidad de un procedimiento hipotecario, el demandado no puede recobrar por vía de reconvención las costas y honorarios en dicho procedimiento, y

Por cuanto, no encontramos, en relación con la segunda cuestión, que la corte abusara de su discreción;

Por tanto, se deja sin efecto nuestra resolución del día 15 de diciembre de 1936, y en su lugar se dicta otra desestimando por frívola la apelación interpuesta en este caso.

Los Jueces Asociados Sres. Wolf y Córdova Dávila no intervinieron.

Núm. 7307.—Escartín Vda. Quiñones et als., apldos. *v.* Valdés et als., apltes.—C. D. San Juan. Febrero 17, 1937.

En este caso se solicita la desestimación de la apelación interpuesta por los demandados, basándose exclusivamente en la frivolidad de dicho recuro. Tratándose de una cuestión interesante que no ha sido aún resuelta por esta Corte Suprema, entendemos que debemos tener el beneficio de los alegatos de las partes para dictar nuestra conclusión definitiva. Por lo tanto, se desestima la moción presentada por la demandante, basada exclusivamente, como ya se ha dicho, en motivos de frivolidad.